IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ARTHUR JAMES GRIFFIN JR., | ) | |
|---|---|---|
| Plaintiff, | ) | 8:18CV357 |
| v. | ) | |
| | ) | **MEMORANDUM** |
| LANCASTER COUNTY POLICE OFFICER, | ) | **AND ORDER** |
| Defendant. | ) | |

This matter is before the court on its own motion. On September 11, 2018, the court ordered Plaintiff to apprise the court of his current address. (Filing No. 9.) The court cautioned Plaintiff that failure to update his address within 30 days would result in dismissal of his claims against Defendant without further notice. (*Id.*) Plaintiff has not responded to this court's Memorandum and Order and has not updated his address with the court.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant are dismissed without prejudice, and judgment shall be entered by separate document.

DATED this 15th day of October, 2018.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge